No. 84–5245.   KING *v.* COOMBE, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 84–5331.   MARTIN *v.* ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 84–5338.   BLOODGOOD *v.* GARRAGHTY, WARDEN, ET AL. C. A. 4th Cir.   Certiorari denied.

No. 84–5342.   HURD *v.* HURD.   Sup. Ct. Cal.   Certiorari denied.

No. 84–5353.   PAXTON *v.* JARVIS, SHERIFF, DEKALB COUNTY. C. A. 11th Cir.   Certiorari denied.

No. 84–5354.   THOMAS *v.* BROWN, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 84–5356.   NOVEL *v.* BEACON OPERATING CORP.   C. A. 2d Cir.   Certiorari denied.

No. 84–5357.   FRIEND *v.* REES, SUPERINTENDENT, KENTUCKY STATE REFORMATORY, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 84–5359.   HALL *v.* CHESSIE SYSTEMS ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 84–5360.   JESKE *v.* CITY OF MILWAUKEE ET AL.   Sup. Ct. Wis.   Certiorari denied.

No. 84–5366.   HAYES *v.* BROTHERHOOD OF RAILWAY & AIR-LINE CLERKS, ALLIED SERVICES DIVISION.   C. A. 5th Cir. Certiorari denied.

No. 84–5368.   CUNNINGHAM *v.* NEVADA.   Sup. Ct. Nev.   Certiorari denied.

No. 84–5384.   MORGAN *v.* PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.